UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANGEL E. GASTON,
    Plaintiff,

v.                                                  Case No. 5:22-cv-394-KKM-PRL

LAKE COUNTY, et al.,
    Defendants.
_____

## ORDER

Angel E. Gaston initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Docs. 1, 34.) Gaston moves for a default judgment against the defendants. (Doc. 42.) He claims that he received a January 13, 2025 order instructing the U.S. Marshals Service to serve the defendants, and instructing the defendants to respond to the complaint within 60 days. (*Id.*, pp. 1–2.) Gaston further claims that the defendants did not respond. (*Id.*, p. 1.) Gaston is mistaken. This Court has not screened Gaston's third amended complaint for service and did not enter an order on January 13, 2025.[1] Because the defendants have not "failed to plead or otherwise defend" themselves in this action, they are not in default. *See* Fed. R. Civ. P. 55(a), (b). Accordingly, the motion is **DENIED**.

**ORDERED** in Ocala, Florida on June 27, 2025.

Kathryn Kimball Mizelle
United States District Judge

---

[1] This case was stayed, under an order entered by the bankruptcy court in Defendant Wellpath's ongoing bankruptcy proceedings, at the time the Court allegedly entered the service order. (Docs. 37, 38.)

1